JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEREMY S. KROGER, Bar #258056
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CARLOS LOIS VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00329 LJO-SKO-2 |
| *Plaintiff*, | STIPULATION TO ADVANCE SENTENCING AND ORDER THEREON |
| v. | |
| CARLOS LOIS VALENCIA | Date: February 11, 2013 |
| *Defendant*. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, CARLOS LOIS VALENCIA, that the date for sentencing in this matter may be advanced to February 11, 2013, or the soonest date thereafter that is convenient to the Court. **The date currently set for sentencing is March 11, 2013. The requested new date is February 11, 2013, at 8:30 a.m.**

The defense has received and reviewed the Advisory Guideline Presentence Investigation Report (PSR) prepared by the United States Probation Office. There are no disputed sentencing issues. Because there is nothing more to be done prior to sentencing, defendant, Carlos Lois Valencia, requests that the sentencing date be advanced in order to bring finality to this matter. AUSA Kathleen Servatius has no objection to this request.

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

                                                              BENJAMIN B. WAGNER  
                                                              United States Attorney

DATED:  February 4, 2013              By: /s/ Kathleen Servatius  
                                                                KATHLEEN A. SERVATIUS  
                                                              Assistant U.S. Attorney  
                                                              Attorneys for Plaintiff

                                                              JOSEPH SCHLESINGER  
                                                              Acting Federal Defender

DATED: February 4, 2013              By: /s/ Jeremy Kroger  
                                                                JEREMY S. KROGER  
                                                              Assistant Federal Defender  
                                                              Attorneys for Defendant  
                                                              CARLOS LOIS VALENCIA

**ORDER**

IT IS SO ORDERED.

**Dated:   February 5, 2013**       /s/  Lawrence J. O'Neill  
                                                   UNITED STATES DISTRICT JUDGE